IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GABRIEL OMAR GIGENA,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF WORKFORCE SERVICES,<br><br>Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 2:25-cv-00130-JNP-JCB<br><br>Judge Jill N. Parrish |

Magistrate Judge Jared C. Bennett issued a Report and Recommendation (R&R), ECF No. 24, that the court dismiss this action without prejudice because the court lacks subject matter jurisdiction to review an administrative decision made by a state agency. Judge Bennet notified plaintiff Gabriel Gigena that a failure to file a timely objection to the R&R could waive any objections to it. No objection was filed within the allotted time.

Because Gigena did not object to the R&R, any argument that it was in error has been waived. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The court will decline to apply the waiver rule only if "the interests of justice so dictate." *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). In determining whether the interests of justice require an exception to the waiver rule, the Tenth Circuit has "considered factors such as 'a *pro se* litigant's effort to comply, the force and plausibility of the explanation for his failure to comply, and the importance of the issues raised.'" *Duffield v. Jackson*, 545 F.3d 1234, 1238 (10th Cir. 2008). In this case, there is no indication that the interests of justice require it to deviate from the waiver rule. Thus, the court finds that all objections are waived and adopts the R&R.

Thus, the court ORDERS as follows:

1.  The R&R, ECF No. 24, is ADOPTED IN FULL.

2.  The court GRANTS defendant Department of Workforce Servies' motion to dismiss

    for lack of subject matter jurisdiction. ECF No. 8.

3.  The court DISMISSES this action WITHOUT PREJUDICE.


DATED March 23, 2026.

BY THE COURT:

_____

JILL N. PARRISH
United States District Judge

2